STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    FAX: (415) 436-7234
    zachary.abrahamson2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:21-mj-71088 MAG |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND TO EXCLUDE AND WAIVE TIME FROM SEPTEMBER 2, 2021 TO SEPTEMBER 8, 2021 AND ORDER |
| v. | |
| RASHAD SHAMBRAY-JONES, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Rashad Shambray-Jones that, with the Court's approval, the status hearing currently scheduled for September 2, 2021 at 1:00 p.m. should be continued to September 8, 2021 at 1:00 p.m., or as soon thereafter as the Court is available.

The government and counsel for the defendant further stipulate and request that time be excluded under the Speedy Trial Act and that time be waived under Federal Rule of Criminal Procedure 5.1 from September 2, 2021 through September 8, 2021. The parties have agreed that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced, taking into account the exercise of due diligence. For this reason, the parties

1

STIP. TO CONT. AND TO EXCLUDE/WAIVE TIME AND ORDER
4:21-mj-71088 MAG

1    stipulate and agree that excluding time until September 8, 2021 will allow for the effective preparation

2    of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3         The parties further stipulate and agree that the ends of justice served by excluding the time from

4    September 2, 2021 through September 8, 2021 from computation under the Speedy Trial Act outweigh

5    the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

6    The parties further stipulate that there is good cause for extending the time limits for a preliminary

7    hearing, indictment, or information under Federal Rule of Criminal Procedure 5.1 and for extending the

8    30-day time period for an indictment under the Speedy Trial Act. The undersigned Special Assistant

9    United States Attorney certifies that he has obtained approval from counsel for the defendant to file this

10   stipulation and proposed order.

11

12        IT IS SO STIPULATED.

13

14   DATED:        September 1, 2021                    _____/s/_____

15                                                     ZACHARY G.F. ABRAHAMSON
                                                       Special Assistant United States Attorney

16

17   DATED:        September 1, 2021                    _____/s/_____

18                                                     JEROME MATTHEWS
                                                       Counsel for Defendant Rashad Shambray-Jones

19        IT IS SO ORDERED.

20

21   DATED:        September 1, 2021                    _____

22                                                     HON. NATHANAEL COUSINS
                                                       United States Magistrate Judge

23

24

25

26

27

28                                          2

STIP. TO CONT. AND TO EXCLUDE/WAIVE TIME AND ORDER
4:21-mj-71088 MAG